# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NIKOLLE NIKOLLAJ,

    Plaintiff,

                                          Case No. 02-73373

v.

                                          HONORABLE DENISE PAGE HOOD

COMMISIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**I.**    **INTRODUCTION**

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated June 30, 2008 [**Docket No. 42**], recommending that the District Court GRANT Plaintiff's Motion for Attorney Fees [**Docket No. 32, filed April 10, 2008**] in the total amount of $10,827.50.

Plaintiff's motion is supported by an affidavit from Plaintiff's attorney, a brief, an itemized statement of time spent on this case, a copy of the Federal Court Fee Agreement signed by the Plaintiff and a Proposed Order. Defendant has indicated in his Response to Plaintiff's Motion [**Docket No. 34, filed April 25, 2008**] that there is no objection to the attorney fees requested by Plaintiff pursuant to 42 U.S.C. §406(b).

**II.**    **STANDARD OF REVIEW**

The standard of review to be employed by the Court when examining a Report and Recommendation is set forth in 28 U.S.C. § 636. This Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(c). This Court "may accept, reject or modify, in whole or in part,

the findings or recommendations made by the magistrate." Id.

## III. CONCLUSION

The Court adopts the Magistrate Judge's Report and Recommendation.

Accordingly,

IT IS ORDERED that Magistrate Judge Steven D. Pepe's Report and Recommendation [**Docket No. 42, filed June 30, 2008**] is ACCEPTED and ADOPTED as this Court's findings and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney Fees [**Docket No. 32, filed April 10, 2008]** is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's counsel, Margaret A. O'Donnell be awarded attorney fees in the amount of $10,827.50 from Plaintiff's past due Social Security Disability benefits pursuant to 42 U.S.C. §406.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: September 16, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 16, 2008, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager